THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Nathaniel
 Muhammad, Appellant.
 
 
 

Appeal From Dorchester County
 Diane Schafer Goodstein, Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-056
Submitted January 1, 2008  Filed January
 14, 2008    
APPEAL DISMISSED

 
 
 
 Chief Attorney for Capital Appeals Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor David M. Pascoe, Jr., of Summerville, for
 Respondent.
 
 
 

PER CURIAM:  Nathaniel Muhammad was convicted of five
 counts of kidnapping, two counts of armed robbery, and failure to stop for a
 blue light.  He was sentenced to life without the possibility of parole.  On
 appeal, Muhammad alleged the trial court erred by admitting incriminating
 statements, which he alleges were given as the result of promises of leniency.  Muhammad did not file a pro se brief. 
 After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., KITTREDGE and THOMAS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.